**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WINGSTOP FRANCHISING, LLC,

       *Plaintiff,*

       *v.*

AMERICAS BEST WINGSTOP, LLC,

       *Defendant*.

Case No. 1:26-cv-2274

**PLAINTIFF WINGSTOP FRANCHISING, LLC'S CERTIFICATE OF INTERESTED
PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR. 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiff Wingstop Franchising, LLC ("Wingstop" or "Plaintiff"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Wingstop which have any outstanding securities in the hands of the public:

Wingstop, a private non-governmental limited liability company organized under the laws of the State of Texas, is a wholly owned subsidiary of Wingstop Inc.  Wingstop Inc., a company organized and existing under the laws of the State of Delaware, is a public company whose common shares are traded on the NASDAQ exchange.  Wingstop Inc. has no corporate parent, and no publicly traded corporation owns 10% or more of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: June 26, 2026

*/s/ J. Kevin Fee*
J. Kevin Fee (D.C. Bar No. 494106)
DLA PIPER (US) LLP
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000
(202) 799-5000 (Facsimile)
kevin.fee@us.dlapiper.com

*Attorneys for Wingstop Franchising, LLC*