AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1 | DATE FILED<br>6/26/2026 | U.S. DISTRICT COURT<br>for the District of Columbia | |
|---|---|---|---|
| PLAINTIFF<br>Wingstop Franchising, LLC | | DEFENDANT<br>Americas Best Wingstop, LLC | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See Attachment | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

| Trademark No. | Date of Trademark | Holder of Trademark |
| --- | --- | --- |
| 2,121,699 | Dec. 16, 1997 | Wingstop Franchising, LLC |
| 2,422,672 | Jan. 23, 2001 | Wingstop Franchising, LLC |
| 3,054,484 | Jan. 31, 2006 | Wingstop Franchising, LLC |
| 4,869,642 | Dec. 15, 2015 | Wingstop Franchising, LLC |
| 5,502,968 | June 26, 2018 | Wingstop Franchising, LLC |
| 4,720,379 | April 14, 2015 | Wingstop Franchising, LLC |
| 4,842,661 | Oct. 27, 2015 | Wingstop Franchising, LLC |