**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WINGSTOP FRANCHISING, LLC,

      *Plaintiff*,

      *v.*

AMERICAS BEST WINGSTOP, LLC,

      *Defendant*.

Case No. 1:26-cv-02274

**<u>NOTICE OF ERRATA</u>**

      Plaintiff Wingstop Franchising LLC respectfully submits this errata to its Complaint, which was filed on June 26, 2026, at Docket No. 1, to correct the omission of the full residence addresses of the parties in the caption.  Plaintiff is concurrently filing a corrected Complaint that corrects this mistake and makes no other changes.

      Respectfully submitted,

Dated: June 29, 2026

      */s/ J. Kevin Fee*
      J. Kevin Fee (D.C. Bar No. 494106)
      DLA PIPER (US) LLP
      500 Eighth Street, N.W.
      Washington, D.C. 20004
      (202) 799-4000
      (202) 799-5000 (Facsimile)
      kevin.fee@us.dlapiper.com

      *Attorneys for Wingstop Franchising, LLC*