*DLA Piper US LLP - New York, NY 1251 Avenue Of The Americas New York, NY 10020*

Client's File No.: _____

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| Civil Action No.: | 1:26-cv-02274-TJK |
| Date Filed: | June 29, 2026 |
| Court Date: | |
| | : |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

*WINGSTOP FRANCHISING, LLC,*

Plaintiff

*vs*

*AMERICAS BEST WINGSTOP, LLC,*

Defendant

STATE OF  MARYLAND COUNTY OF    BALTIMORE CITY   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   Maryland

That on the following date:       July 1, 2026       , at the following time: _____6:27 PM_____ ,

at                 1001 U STREET NW, WASHINGTON, DC 20001                          deponent served the within

Summons in a Civil Action, Complaint with Exhibit A and Civil Cover Sheet

[X]  Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon:   **AMERICAS BEST WINGSTOP, LLC**

[ ] Individual    By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] Responsible Person    By delivering to and leaving with _____ , _____
Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State.  [ ] usual place of abode

[X] Corporation LLC / LLP    By delivering to and leaving with        Fredy Rosario        said individual to be _____ Chef / Manager
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] Affixing To Door    By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place    [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] Previous Attempts    Deponent previously attempted to serve the above named defendant/respondent on:

[ ] Perceived Description of Recipient    Gender:   Male    Race:    Hispanic    Color of hair:   Black    Age:   40 - 50 Yrs.    Height:   5ft 6inch - 5ft 9inch
Weight:    150-165 Lbs.    Other Features: _____

[ ] Mail    A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ .
on

[ ] WITNESS FEES    Subpoena Fee Tendered in the amount of  $.

[ ] MILITARY SERVICE    I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Other

Sworn to before me on       7/9/26

IDA M. MANLY
NOTARY PUBLIC
BALTIMORE CITY COUNTY
MARYLAND
MY COMMISSION EXPIRES March 5, 2030

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Andres Olaciregui

PROCESS SERVER LICENSE #

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*

**Work Order #  1515573**